costs to appellant to abide event. Held, that parol proof tending to vary or contradict the terms of the release under seal given by plaintiff to defendant was improperly received and constituted reversible error, and that the finding of the jury that an oral contract was made by the defendant with the plaintiff different from that expressed in the release itself is contrary to and against the weight of the evidence. All concurred. Spring and Kruse, JJ., on the first ground stated only.

Nelson Stickles, as Administrator, etc., of Nelson Stickles, Jr., Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Frank Nessenius, as Administrator, etc., Appellant, v. The Town of Rose, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Proof and Probate of the Last Will and Testament of William H. Kirkholder, Deceased.— Motion for reargument denied, with ten dollars costs.

City of Rochester, Respondent, v. Macauley-Fien Milling Company, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to Court of Appeals granted.

In the Matter of Cyrus Ketch, an Alleged Incompetent Person, Appellant. Hiram Ketch, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Patrick O'Day, Respondent, v. Frank Lapham, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concurred.

Patrick O'Day, Respondent, v. G. Frank Lapham, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concurred.

Reuben W. Wright and David S. Wright, Respondents, v. Daniel F. Toomey and Charles J. Wirtner, Appellants, Impleaded with John S. Lambert.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Maturo Pontoleans, as Administratrix, etc., of Antonio Pontoleans, Deceased, Appellant, v. Wells Brothers Company of New York, Respondent.— Judgment affirmed, with costs. All concurred, except Williams and Kruse, JJ., who dissented.

Jason G. Atwater and J. Dwight Atwater, Respondents, v. John W. Calhoun, Appellant.— Judgment and order affirmed, with costs. All concurred.

Albert Gaffey, Appellant, v. Gates Thalheimer, Respondent.— Judgment and order affirmed, with costs. All concurred.

Mason M. Swan, as Executor, etc., of Sarah Collins, Deceased, Respondent, v. Gilbert L. Gardner, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring and Williams, JJ., who dissented.

In the Matter of the Judicial Settlement of the Accounts of Eugene W. Parker, as Administrator, etc., of Delia Parker, Deceased, Appellant. Eugene F. Livermore, Respondent.— Decree affirmed, with costs and disbursements to the respondent payable out of the estate of Delia Parker. All concurred.